**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States ex rel. Rodney Stahl., | ) | CASE NO.  1:19CV1900 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | <u>ORDER</u> |
| Postal Fleet Services, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It appears from the docket that service was completed in this matter on October 12, 2021. To date, no answer or responsive pleading has been filed.  If this matter has been resolved, the parties are instructed to file a dismissal by no later than December 30, 2021.  If Defendant is in default, Plaintiff is instructed to seek default and default judgment by no later that December 30, 2021.   Failure to take any action by December 30, 2021 will result in dismissal for want of prosecution.

IT IS SO ORDERED.

| | |
|---|---|
| December 20, 2021 | */s/ John R. Adams* |
| Date | John R. Adams |
| | U.S. District Judge |