# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, RODNEY STAHL, | CASE NO. 1:19-CV-01900 |
| Relator, | MAGISTRATE JUDGE AMANDA M. KNAPP |
| vs. | **JUDGMENT ENTRY** |
| POSTAL FLEET SERVICES, INC., | |
| Respondent. | |

For the reasons set forth in the Memorandum Opinion and Order contemporaneously filed with this Judgment Entry, Respondent Postal Fleet Services, Inc.'s Motion is **GRANTED** and Relator's claims against Respondent are dismissed with prejudice. This matter is terminated on the docket of this Court.

IT IS SO ORDERED.

Dated: April 24, 2024

                                             */s/ Amanda M. Knapp*
                                             AMANDA M. KNAPP
                                             UNITED STATES MAGISTRATE JUDGE